IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:25-CR-00130-MJT |
| | § | |
| | § | |
| SILVESTRE MONTOYA-MEDINA | § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA**

Judge Bush conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. Judge Bush recommended that the Court accept the Defendant's guilty plea. He further recommended that the Court adjudge the Defendant guilty on Count One of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The Court orders that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are adopted. The Court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

It is further ordered that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Silvestre Montoya-Medina, is adjudged guilty as to Count One of the Indictment charging a violation of 8 U.S.C. § 1326(a) and (b) - Reentry of a Deported Alien.

**SIGNED this 12th day of November, 2026.**

Michael J. Truncale
United States District Judge